UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
FEB 23 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

SUPERSEDING INDICTMENT

v.

NO. 3:19CR-206-RGJ

**BOBBY LEE SMITH**
**CYNTHIA ALLEN**
**LESA ANDRADE**

18 U.S.C. § 3592
18 U.S.C. § 3591
18 U.S.C. § 1513
18 U.S.C. § 1512
18 U.S.C. § 1121
18 U.S.C. § 981
18 U.S.C. § 373
18 U.S.C. § 2
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
(*Retaliating Against a Witness by Killing*)

On or about May 8, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **BOBBY LEE SMITH** and **CYNTHIA ALLEN**, aided and abetted by each other and others known and unknown to the Grand Jury, did kill A.P. in front of her eight-year-old child, with the intent to retaliate against A.P. for the attendance of A.P. at an official proceeding, and testimony given by A.P. in an official proceeding, that being Grand Jury testimony on or about October 8, 2014, in the Western District of Kentucky.

In violation of Title 18, United States Code, Sections 1513(a)(1)(A) and 2.

The Grand Jury further charges:

## COUNT 2
*(Tampering with a Witness by Killing)*

On or about May 8, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **BOBBY LEE SMITH** and **CYNTHIA ALLEN**, aided and abetted by each other and others known and unknown to the Grand Jury, did kill A.P. in front of her eight-year-old child, with the intent to prevent the attendance and testimony of A.P. in an official proceeding, that being the trial of Case Number 3:15-CR-00058, scheduled for November 28, 2016, in the Western District of Kentucky, and with intent to prevent the communication by A.P. to a law enforcement officer or judge of the United States of information relating to the commission of a Federal offense.

In violation of Title 18, United States Code, Sections 1512(a)(1)(A), 1512(a)(1)(C) and 2.

The Grand Jury further charges:

## COUNT 3
*(Killing a Person Aiding a Federal Investigation)*

On or about May 8, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **BOBBY LEE SMITH** and **CYNTHIA ALLEN**, aided and abetted by each other and others known and unknown to the Grand Jury, did kill A.P. in front of her eight-year-old child, a person assisting a Federal criminal investigation, while that assistance was being rendered and because of it.

In violation of Title 18, United States Code, Sections 1121(a)(2) and 2.

The Grand Jury further charges:

## COUNT 4
*(Solicitation to Commit a Crime of Violence)*

In or about March, April and May 2016, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **LESA ANDRADE**, aided and abetted by others, both known and unknown to the Grand Jury, with the intent that BOBBY LEE SMITH and CYNTHIA ALLEN engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade BOBBY LEE SMITH and CYNTHIA ALLEN to engage in such conduct, that is to murder A.P., a witness in an official federal proceeding, in violation of Title 18, United States Code, Section 1512.

In violation of Title 18, United States Code, Sections 373(a) and 2.

The Grand Jury further charges:

## COUNT 5
*(Solicitation to Commit a Crime of Violence)*

In or about March, April and May 2016, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **CYNTHIA ALLEN**, aided and abetted by others, both known and unknown to the Grand Jury, with the intent that BOBBY LEE SMITH engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade BOBBY LEE SMITH to engage in such conduct, that is to murder A.P.,

3

a witness in an official federal proceeding, in violation of Title 18, United States Code, Section 1512.

In violation of Title 18, United States Code, Sections 373(a) and 2.

NOTICE OF SPECIAL FINDINGS PURSUANT TO
TITLE 18, UNITED STATES CODE, SECTIONS 3591 AND 3592

The Grand Jury further finds:

As to Counts One, Two and Three, the defendant, **BOBBY LEE SMITH**,

    a. was 18 years of age or older at the time of the offenses. (18 U.S.C. § 3591(a));

    b. intentionally killed A.P. (18 U.S.C. § 3591(a)(2)(A));

    c. intentionally inflicted serious bodily injury that resulted in the death of A.P. (18 U.S.C. § 3591(a)(2)(B));

    d. intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and A.P. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

    e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and A.P. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

    f. committed the offense after having previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year,

    involving the use or attempted or threatened use of a firearm against another person (18 U.S.C. § 3592(c)(2));

  g. committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to A.P. (18 U.S.C. § 3592(c)(6));

  h. committed the offenses after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)); and

  i. killed or attempted to kill more than one person in a single criminal episode. (18 U.S.C. § 3592(c)(16)).

As to Counts One, Two and Three, the defendant, **CYNTHIA ALLEN**,

  a. was 18 years of age or older at the time of the offenses. (18 U.S.C. § 3591(a));

  b. aided and abetted the intentional killing of A.P. (18 U.S.C. § 3591(a)(2)(A));

  c. aided and abetted the intentional infliction of serious bodily injury that resulted in the death of A.P. (18 U.S.C. § 3591(a)(2)(B));

  d. aided and abetted the intentional participation in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and A.P. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

  e. aided and abetted the intentional and specific engagement in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and A.P. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

  f. aided and abetted the commission of the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to the A.P. (18 U.S.C. § 3592(c)(6));

  j. committed the offenses after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)); and

  k. aided and abetted the killing or attempted killing of more than one person in a single criminal episode. (18 U.S.C. § 3592(c)(16)).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 373, 1121, 1512 and 1513, as specifically charged in Counts 1-5 of this Superseding Indictment, **BOBBY LEE SMITH**, **CYNTHIA ALLEN**, and **LESA ANDRADE**, defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of said offense.

A TRUE BILL.

FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:LJW:RBB:JRA:20210216

6

UNITED STATES OF AMERICA v. **BOBBY LEE SMITH, CYNTHIA ALLEN,** and **LESA ANDRADE**

## PENALTIES

Counts 1-3:    Death or Life imprisonment/$250,000 Fine/both/NM 5 yrs Supervised Release
Counts 4-5:    NM 20 yrs,/$250,000 Fine/both/NM 5 yrs Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|---|
|  |  | $125 per count/other |  | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.