UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA											PLAINTIFF

vs.												CRIMINAL ACTION NO.: 3:19-CR-206-RGJ

LESA ANDRADE											DEFENDANT

### ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS ORDERED** that the United States' Motion to Stay [DE 114] the release Order [DE 116] in the above-referenced case is **GRANTED** and the Release Order [DE 116] is **STAYED** until the Court resolves the United States' Motion to Revoke [DE 117] the release Order [DE 116]**.**

Copies to Counsel, USM, USP