UNITED STATES DISTRICT COURT
Western District of Kentucky

**FILED**

JAMES J. VILT, JR. - CLERK

MAY 07 2021

**EXHIBIT INVENTORY**

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Case Number: 3:19CR-206-RGJ   Style of Case: USA v. Lesa Andrade

Received from: _T. Smith_   Received by: _____   Date: 5/7/2021

Proceedings: IA/ARR/DET

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|--------|-------------|--------|-------------|
| USA-1 | Text Messages Extraction | | |

NOTES:_____

**DISPOSITION OF EXHIBITS:**

ITEMS:_____

RECEIVED BY:_____ DATE: _____

RETURNED BY:_____ DATE: _____

ITEMS:_____

RECEIVED BY:_____ DATE: _____

RETURNED BY:_____ DATE: _____

ITEMS:_____

RECEIVED BY:_____ DATE: _____

RETURNED BY:_____ DATE: _____

OTHER DISPOSITION:_____

**DATE:_____ RETURNED BY:_____, Deputy Clerk**